**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Paul W. Sweeney, Jr. (SBN 112511)
paul.sweeney@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Defendants U.S. Bancorp,
U.S. Bancorp Investments, Inc., and U.S.
Bancorp Insurance Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBA Z. MADISON, individually and on behalf of all "aggrieved employees" under the California Labor Code Private Attorneys General Act<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP; U.S. BANCORP INVESTMENTS, INC.; U.S. BANCORP INSURANCE SERVICES, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 14-4934<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| U.S. Bancorp | Defendant and 100% Owner of U.S. Bancorp Investments, Inc. |
| U.S. Bancorp Investments, Inc. | Defendant |
| U.S. Bancorp Insurance Services LLC | Defendant |
| William Benjamin III | Member of USBIS |
| Angela O'Leary | Member of USBIS |
| Daniel McCormack | Member of USBIS |
| Jon Falk | Member of USBIS |
| Trudi Buckley | Member of USBIS |

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a confirmed signature (/s/) within this e-filed document or its constituent parts.

                                                  K&L GATES LLP

Dated: November 5, 2014      By: /s/
                                            Paul Sweeney
                                            paul.sweeney@klgates.com
                                            Christina N. Goodrich
                                            christina.goodrich@klgates.com

                                            Attorneys for Defendants U.S. Bancorp, U.S. Bancorp Investments, Inc., and U.S. Bancorp Insurance Services, LLC

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

# PROOF OF SERVICE

Case No.

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L GATES LLP**, 10100 Santa Monica Boulevard, Seventh Floor, Los Angeles, California 90067.

On **November 6, 2014**, I served the foregoing document(s):

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed and sent as follows:

| | |
|---|---|
| Robert Spencer<br>Eric A. Grover<br>Keller Grover LLP<br>1965 Market Street<br>San Francisco, CA 94103<br>Tel: 415-543-1305 | **Attorneys for Plaintiff -<br>Fariba Z. Madison** |
| Scot Bernstein<br>Law Offices of Scot D. Bernstein<br>101 Parkshore Drive, Suite 100<br>Folsom, CA 95630<br>Tel: 916-447-0100 | **Attorneys for Plaintiff -<br>Fariba Z. Madison** |

☒ **BY PERSONAL SERVICE:** I caused such documents to be hand-delivered to the offices of the addressee(s) as indicated above. A proof of service will be executed by process server upon completion.

☒ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **November 6, 2014**, at Los Angeles, California.

_____
Jihee Jung

PROOF OF SERVICE

LA-421595 v2