ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:  (415) 543-1305
Facsimile:   (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,**
 **A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:  (916) 447-0100
Facsimile:   (916) 933-5533

Attorneys for Plaintiff
FARIBA Z. MADISON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FARIBA Z. MADISON,<br><br>              Plaintiff,<br><br>     v.<br><br>U.S. BANCORP, U.S. BANCORP INVESTMENTS, INC. and U.S. BANCORP INVESTMENT SERVICES, LLC, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No: CV 14-4934-EMC<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**[Local Rule 7-11]**<br><br>Ctrm:   5, 17th Floor<br>Judge:   Edward M. Chen<br><br>Action Filed: September 23, 2014<br>Removed: November 6, 2014 |

Plaintiff Fariba Z. Madison ("Plaintiff") and Defendants U.S. Bancorp, U.S. Bancorp Investments, and U.S. Bancorp Insurance Services, LLC's ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a motion for remand on December 2, 2014, on the ground that the amount in controversy does not exceed $75,000 (Docket No. 20);

WHEREAS, Defendants' motion to dismiss and motion to compel arbitration, along with the related administrative motion to file under seal, were filed on November 13, 2014, re-noticed on November 21, 2014 (after this matter was reassigned to the Honorable Edward M. Chen), and are currently set for hearing on January 15, 2015 (Docket Nos. 8, 10, 11, 15, 16, 17, and 19);

WHEREAS, Plaintiff requests that the threshold issue of the Court's subject matter jurisdiction over this action should be decided first, before Defendants' pending motions, and Defendants have stated they will not contest Plaintiff's request. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94, 118 S. Ct. 1003, 1012, 140 L. Ed. 2d 210 (1998); *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 576, 119 S.Ct. 1563, 1566, 143 L.Ed.2d 760 (1999); *Potter v. Hughes*, 546 F.3d 1051, 1061 (9th Cir. 2008);

WHEREAS, the Plaintiff and Defendants (collectively, the "Parties") agree that the remaining briefing schedule on Defendants' motion to dismiss and motion to compel arbitration and the hearing on Defendants' motion to dismiss, motion to compel arbitration, and administrative motion to seal should be continued until after the Court issues its order on Plaintiff's motion to remand and that a continuance will preserve resources and promote judicial efficiency;

WHEREAS, Plaintiff agrees that Defendants' decision to not contest Plaintiff's request for a continuance of the briefing schedule on Defendants' motion to dismiss and motion to compel arbitration and the hearing on Defendants' motion to dismiss, motion to compel arbitration, and administrative motion to seal, as well as their consent to this Stipulation, shall not constitute a waiver of their right to compel arbitration;

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

1   WHEREAS, the Parties agree that, in the event the Court denies Plaintiff's motion to remand, Plaintiff's opposition briefs responding to Defendants' motion to dismiss and motion to compel arbitration will be due seven (7) days after the Court issues its order denying Plaintiff's motion to remand.

NOW THEREFORE, the Parties jointly request that the Court enter an order continuing the briefing on Defendants' motion to dismiss and motion to compel arbitration until after the Court issues its order on Plaintiff's motion to remand and ordering that, if Plaintiff's motion to remand is denied, Plaintiff's oppositions to Defendants' motion to dismiss and motion to compel arbitration will be due seven (7) days after for the Court enters the order denying Plaintiff's motion to remand and Defendants' reply briefs in support of their motion to dismiss and motion to compel arbitration will be due fourteen (14) days after the Court issues the order denying Plaintiff's motion to remand.  The Parties further agree and request that, in the event the Court denies Plaintiff's motion to remand, the Court enter an order allowing Defendants to reset their motion to dismiss, motion to compel arbitration, and administrative motion to seal for a hearing date no earlier than fourteen (14) days after Defendants' deadline to file their replies in support of their motion to dismiss and motion to compel arbitration.

Dated: December 2, 2014         **KELLER GROVER LLP**

By: /s/ *Eric A. Grover*
    ERIC A. GROVER

*Counsel for Plaintiff*

Dated: December 2, 2014         **K&L GATES LLP**

By: /s/ *Christina N. Goodrich*
    PAUL W. SWEENEY, JR.
    CHRISTINA N. GOODRICH

*Counsel for Defendants*

IT IS SO ORDERED that the Motion to Dismiss and Motion to Compel Arbitration shall be heard on 2/19/15 at 1:30 p.m. Oppositions due 1/22/15. Replies due 1/29/15.

_____
Edward M. Chen, US District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

JOINT STIPULATION ISO MOTION FOR ADMINISTRATIVE RELIEF                    CASE NO. CV 14-4934-EMC

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861