1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBA Z. MADISON, individually and on behalf of all "aggrieved employees" under the California Labor Code Private Attorneys General Act<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP; U.S. BANCORP INVESTMENTS, INC.; U.S. BANCORP INSURANCE SERVICES, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 14-4934-MEJ<br><br>**[PROPOSED] ORDER RESETTING ADR DEADLINES**<br><br>Crtrm.:  5 - 17th Floor<br>Judge:   Hon. Edward M. Chen<br><br>Action Filed:  September 23, 2014<br>Removed:  November 6, 2014 |

1

Having considered the Joint Stipulation to Reset ADR Deadlines by Plaintiff Fariba Z. Madison ("Plaintiff") and Defendants U.S. Bancorp ("USB"), U.S. Bancorp Investments, Inc. ("USBI"), and U.S. Bancorp Insurance Services, LLC's ("USBIS") (collectively, "Defendants"), and all other relevant documents on file in this action, the Court finds as follows:

The Court orders that good cause exists for the ADR Deadlines be reset to a date after the Court resolves the pending motion to remand and motion to compel arbitration, the outcome of which may substantially affect the viability of proceedings in this Court. The Court further orders that the new deadline for the Parties (i) to file ADR Certifications (*see* ADR L.R. 3-5(b)) and (ii) to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference (*see* ADR L.R. 3-5(b) & (c)) shall be February 26, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____1/20/15_____



The Honorable
United States